# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PAMELA LOWE,<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO TRANSPORTATION DEPARTMENT, *et al.*,<br><br>Defendants. | Case No.:  CV 09-653-S-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties (Docket No. 145), IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

DATED:  **August 22, 2012**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**ORDER OF DISMISSAL WITH PREJUDICE - 1**